UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SUSANA CASTILLO, CLARISSA VASQUEZ, VERONICA BOTELLO, DULCE SOSTENES, DORAELIA NUNEZ, MANUEL NUNEZ MORALES, JR., TRUE BLUE BERRY MANAGEMENT, LLC, a Michigan limited liability company, SMELTZER ORCHARDS CO., LLC, a Michigan limited liability company, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, and ROBERT GORDON, in his official capacity as the Director of the Michigan Department of Health and Human Services, and GARY MCDOWELL, in his official capacity as the Director of the Michigan Department of Agriculture and Rural Development,

    Defendants.

Case No. 1:20-CV-751

Honorable Paul L. Maloney

## **STIPULATION AND ORDER FOR DISMISSAL**

NOW COME the parties, by and through their respective attorneys, and hereby stipulate and agree that the above-captioned matter be dismissed, with prejudice and without costs or attorneys' fees to either party.

2

STIPULATED AND AGREED UPON AS TO FORM AND CONTENT:

Date: September 4, 2020

 */s/ Aaron M. Phelps*
Ronald G. DeWaard (P44117)
Aaron M. Phelps (P64790)
Brion B. Doyle (P67870)
Seth B. Arthur (P82033)
Varnum LLP
333 Bridge St NW Ste 1700
Grand Rapids, MI 49504
(616) 336-6000
Attorneys for Plaintiffs

Date: September 4, 2020

 */s/ Mark G. Sands   (w/permission)*
Mark G. Sands (P67801)
Katherine J. Bennett (P75913)
Danielle Allison-Yokom (P70950)
Assistant Attorneys General
2860 Eyde Parkway
East Lansing, MI 48823
(517)241-0210
Attorneys for the State Defendants

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SUSANA CASTILLO, CLARISSA VASQUEZ, VERONICA BOTELLO, DULCE SOSTENES, DORAELIA NUNEZ, MANUEL NUNEZ MORALES, JR., TRUE BLUE BERRY MANAGEMENT, LLC, a Michigan limited liability company, SMELTZER ORCHARDS CO., LLC, a Michigan limited liability company, individually and on behalf of all others similarly situated, | Case No. 1:20-CV-751<br><br>Honorable Paul L. Maloney |
| Plaintiffs, | |
| v. | |
| GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, and ROBERT GORDON, in his official capacity as the Director of the Michigan Department of Health and Human Services, and GARY MCDOWELL, in his official capacity as the Director of the Michigan Department of Agriculture and Rural Development, | |
| Defendants. | |

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned matter be dismissed, with prejudice and without costs or attorneys' fees to either party.

_____
Hon. Paul L. Maloney
U.S. District Court Judge