UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SUSANA CASTILLO, CLARISSA VASQUEZ, VERONICA BOTELLO, DULCE SOSTENES, DORAELIA NUNEZ, MANUEL NUNEZ MORALES, JR., TRUE BLUE BERRY MANAGEMENT, LLC, a Michigan limited liability company, SMELTZER ORCHARDS CO., LLC, a Michigan limited liability company, individually and on behalf of all others similarly situated, | Case No. 1:20-CV-751  Honorable Paul L. Maloney |
| Plaintiffs, | |
| v. | |
| GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, and ROBERT GORDON, in his official capacity as the Director of the Michigan Department of Health and Human Services, and GARY MCDOWELL, in his official capacity as the Director of the Michigan Department of Agriculture and Rural Development, | |
| Defendants. | |

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned matter be dismissed, with prejudice and without costs or attorneys' fees to either party.

Date: September 9, 2020

   /s/  Paul L. Maloney
Hon. Paul L. Maloney
U.S. District Court Judge